UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NOLLMEYER, | 1:99-mc-00101-OWW-SMS |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 2) |
| vs. | |
| BILL LOCKEYER, et al., | **ORDER DISMISSING COMPLAINT/ ACTION** |
| Defendants. | |

Plaintiff, David Nollmeyer ("plaintiff"), is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 30, 1999, the Magistrate Judge filed Findings and a Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days. On September 20, 1999, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

//
/

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed August 30, 1999, are ADOPTED IN FULL; and,

2. The complaint, and therefore this action, is DISMISSED without leave to amend.

IT IS SO ORDERED.

**Dated:   March 19, 2008**             /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE